IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HECTOR L. TORRES,

        Appellant,

v.

        Case No.  5D22-1066
        LT Case No. 2008-CF-016434-A-O

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed August 9, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Tarlika Teresa Nunez-Navarro, Judge.

Hector L. Torres, Defuniak Springs, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED. *See Simmons v. State*, 332 So. 3d 1129, 1132 (Fla. 5th

DCA 2022.)


COHEN, TRAVER and NARDELLA, JJ., concur.